Decided December 15, 2004

## ISIS A. BARTELS *v.* DONALD R. BARTELS

The defendant's petition for certification for appeal from the Appellate Court, 85 Conn. App. 772 (AC 24821), is denied.

910

*Reuben S. Midler,* in support of the petition.

*Richard L. Albrecht* and *Barbara M. Schellenberg,* in opposition.

Decided December 15, 2004